UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Vincent D. Commisa, Esq. (VC-1594)
20 Manger Road
West Orange, NJ 07052
(973) 821-7722
Attorney for Debtor

**Order Filed on July 23, 2019 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Nicholas A. Mitchell

| | |
|---|---|
| Case No.: | 18-35098 |
| Chapter: | 13 |
| Judge: | JKS |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 23, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____1 May 2019_____ :

Property:      268 Kipp Street, #2F, Hackensack, New Jersey 07601_____

Creditor:      MTGLQ Investors, L.P._____

and a Request for

☒  Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____,
and for good cause shown

❑  Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __10/31/19_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2