Order Filed on October 20, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Vincent D. Commisa, Esq. (VC-1594)
20 Manger Road
West Orange, NJ 07052
(973) 821-7722
Attorney for Debtor

In Re:

Nicholas A. Mitchell

Case No.:  18-35098

Chapter:  13

Judge:  JKS

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 20, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ____23 July 2019____ :

Property:       268 Kipp Street, #2F, Hackensack, NJ 07601

Creditor:       MTGLQ Investors, L.P.

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by ____debtor____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ____01/31/2020____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*