UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Vincent D. Commisa, Esq. (VC-1594)
20 Manger Road
West Orange, NJ 07052
(973) 821-7722
Attorney for Debtor

**Order Filed on October 20, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Nicholas A. Mitchell

Case No.: 18-35098

Chapter: 13

Judge: JKS

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 20, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____23 July 2019_____ :

Property:    268 Kipp Street, #2F, Hackensack, NJ 07601

Creditor:    MTGLQ Investors, L.P.

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____01/31/2020_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:  
Nicholas A Mitchell  
       Debtor

Case No. 18-35098-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Oct 21, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2019.  
db        +Nicholas A Mitchell,   268 Kipp Street,    Hackensack, NJ 07601-8002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2019 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Joseph Andrew Kutschman, III    on behalf of Creditor    Pleasentview Condominium Association, Inc. jkutschman@cutolobarros.com  
        Kevin Gordon McDonald    on behalf of Creditor    MTGLQ INVESTORS, L.P. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann  Greenberg    magecf@magtrustee.com  
        Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org  
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
        Vincent  Commisa    on behalf of Debtor Nicholas A Mitchell vcommisa@vdclaw.com  
                                                                                 TOTAL: 7