B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In re: NICHOLAS A MITCHELL                                        Case No. 18-35098

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MTGLQ Investors, L.P. c/o NewRez LLC DBA Shellpoint Mortgage Servicing | MTGLQ Investors, L.P. c/o Specialized Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
NewRez LLC DBA Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
Phone: (800)365-7107
E-mail: mtgbk@shellpointmtg.com
Last Four Digits of Acct #: 7106

Court Claim # (if known): 2-1
Amount of Claim: $500,638.38
Date Claim Filed: 02/26/2019

Phone: (800) 315-4757
Last Four Digits of Acct. #: 9139

Name and Address where transferee payments should be sent (if different from above):
NewRez LLC DBA Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
Phone: (800)365-7107
E-mail: mtgbk@shellpointmtg.com
Last Four Digits of Acct #: 7106

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ketan Sawarkar                                        Date 11/19/2019
    AIS Portfolio Services, LP as agent
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.