VINCENT COMMISA
20 MANGER ROAD
WEST ORANGE, NJ  07052

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 18-35098

Re:   NICHOLAS A MITCHELL              Atty:   VINCENT COMMISA
      268 KIPP STREET                          20 MANGER ROAD
      HACKENSACK,  NJ  07601                   WEST ORANGE, NJ  07052

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/25/2019 | $1,000.00 | 5647691000 | 03/11/2019 | $500.00 | 5689723000 |
| 04/03/2019 | $500.00 | 5755105000 | 05/06/2019 | $500.00 | 5836142000 |
| 06/20/2019 | $500.00 | 5951192000 | 07/25/2019 | $500.00 | 6037689000 |
| 08/30/2019 | $500.00 | 6132185000 | 09/05/2019 | ($500.00) | 6132185000 |
| 09/27/2019 | $500.00 | 17933277538 | 10/02/2019 | $500.00 | |
| 10/17/2019 | $500.00 | | 12/20/2019 | $500.00 | |

**Total Receipts: $5,500.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $5,500.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 259.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | PLEASANTVIEW CONDOMINIUM ASSOCI | SECURED | 29,333.71 | 100.00% | 0.00 | 0.00 |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 646.67 | 0.00% | 0.00 | 0.00 |
| 0003 | MTGLQ INVESTORS LP | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | MIDLAND CREDIT MANAGEMENT | UNSECURED | 4,504.09 | 0.00% | 0.00 | 0.00 |
| 0005 | MTGLQ INVESTORS LP | (NEW) MTG Agree | 531.00 | 100.00% | 0.00 | 0.00 |
| 0006 | PLEASANTVIEW CONDOMINIUM ASSOCI | UNSECURED | 9,361.37 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $259.50**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $5,500.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $259.50    =    Funds on Hand: $5,240.50

Case 18-35098-JKS    Doc 40    Filed 01/18/20    Entered 01/18/20 22:51:28    Desc Main
Document    Page 2 of 2

**Chapter 13 Case # 18-35098**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.