| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LR 9004-2(c)**<br><br>CUTOLO BARROS LLC<br>46-50 Throckmorton Street<br>Freehold, NJ 07728<br>(732) 414-1170<br>Carla Zappi, Esq.<br>Attorneys for Pleasantview Condominium Association, Inc. |
| In re:<br><br>Nicholas A. Mitchell<br><br>       Debtor. |

Order Filed on March 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No. 18-35098-JKS

Judge: John K. Sherman

**CONSENT ORDER RESOLVING CONDOMINIUM ASSOCIATION'S OBJECTIONS**

The Relief set forth on page 2 is hereby **ORDERED.**

**DATED: March 31, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor:             Nicholas A. Mitchell

Case No.:           18-35098-JKS

Caption of Order:   Consent Order Resolving Condominium Association's Objections

**CONSENT ORDER RESOLVING CONDOMINIUM ASSOCIATION'S OBJECTIONS**

**THIS MATTER** having been brought before the Court by Cutolo Barros LLC, attorneys for Secured Creditor, Pleasantview Condominium Association, Inc. (the "Association"), Carla Zappi, Esq. appearing, upon an objection to the bankruptcy plan, and this Court having considered the representations of attorneys for the Association and Vincent D. Commisa, Esq., attorney for Debtor Nicholas A. Mitchell ("Debtor"), and for good cause having been shown:

**IT IS ORDERED, ADJUDGED AND DECREED**

1. That the Creditor Pleasantview Condominium Association, Inc.'s Proof of Claim is hereby reduced to the amount of 32,323.30; and

2. The secured portion of the claim is $29,333.71.

3. That the balance of the claim, $2,989.59 will be classified as unsecured.

4. That the Debtor will continue to make monthly post-petition payments outside of the Chapter 13 Plan directly to the Creditor, Pleasantview Condominium Association, Inc.

/s/ Vincent D. Commisa
_____
Vincent D. Commisa, Esq.
Attorney for Debtor Nicholas A. Mitchell

Agreed and consented to this 27th day of March 2020.

/s/ Carla Zappi
_____
Carla Zappi, Esq.
Attorney for Pleasantview Condominium Association, Inc.

Agreed and consented to this 27th day of March 2020.

United States Bankruptcy Court
District of New Jersey

In re:  
Nicholas A Mitchell  
    Debtor

Case No. 18-35098-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 31, 2020  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.  
db        +Nicholas A Mitchell,    268 Kipp Street,    Apt. 2F,    Hackensack, NJ 07601-1066

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2020 at the address(es) listed below:  
      Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Joseph Andrew Kutschman, III    on behalf of Creditor    Pleasentview Condominium Association, Inc. jkutschman@cutolobarros.com, ecourts@cutolobarros.com  
      Kevin Gordon McDonald    on behalf of Creditor    MTGLQ INVESTORS, L.P. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Marie-Ann Greenberg    magecf@magtrustee.com  
      Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
      Vincent Commisa    on behalf of Debtor Nicholas A Mitchell vcommisa@vdclaw.com  
                                                                                                            TOTAL: 7