| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>MARIE-ANN GREENBERG, MAG-1284<br>MARIE-ANN GREENBERG, STANDING TRUSTEE<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ 07004<br>(973)227-2840<br>Chapter 13 Standing Trustee | Order Filed on July 7, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>NICHOLAS A MITCHELL | Case No.: 18-35098<br><br>Judge: JOHN K SHERWOOD |

**ORDER VACATING ORDER MODIFYING CHAPATER 13 PLAN POST CONFIRMATION**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 7, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s): NICHOLAS A MITCHELL

Case No.: 18-35098

Caption of Order:    ORDER VACATING ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

_____

THIS MATTER having come before on 6/25/2020, for a Confirmation Hearing of the debtor(s) Chapter 13 plans:

ORDERED AND DIRECTED that the Order Modifying Chapter 13 plan Post Confirmation signed on signed on 7/2/2020 at docket #55 is vacated. This order was entered in error. The ORDER CONFIRMING CHAPTER 13 PLAN signed on 6/30/2020 at docket #52 shall remain in effect.

```
                           United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                              Case No. 18-35098-JKS
Nicholas A Mitchell                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jul 07, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2020.
db             +Nicholas A Mitchell,   268 Kipp Street,   Apt. 2F,   Hackensack, NJ 07601-1066

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joseph Andrew Kutschman, III    on behalf of Creditor    Pleasentview Condominium Association, Inc.
           jkutschman@cutolobarros.com,    ecourts@cutolobarros.com
          Kevin Gordon McDonald    on behalf of Creditor    MTGLQ INVESTORS, L.P. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Melissa N. Licker    on behalf of Creditor    MTGLQ Investors, L.P. as serviced by Shellpoint
           Mortgage Servicing NJ_ECF_Notices@mccalla.com,   mccallaecf@ecf.courtdrive.com
          Phillip Andrew Raymond    on behalf of Creditor    MTGLQ Investors, L.P.
           phillip.raymond@mccalla.com,    mccallaecf@ecf.courtdrive.com
          Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal
           National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
           laws of the United States of America dnj@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Vincent Commisa    on behalf of Debtor Nicholas A Mitchell vcommisa@vdclaw.com
                                                                                             TOTAL: 9