UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Select Portfolio Servicing,
Inc., as servicer for Legacy Mortgage Asset
Trust 2021-GS1
JILL A. MANZO, ESQ.
SPS2922
bankruptcy@fskslaw.com

---

| In Re: | Case No.: 18-35098 JKS |
|---|---|
| NICHOLAS A MITCHELL | Chapter: 13 |
| Debtor(s). | Judge: Honorable John K. Sherwood |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Select Portfolio Servicing, Inc., as servicer for Legacy Mortgage Asset Trust 2021-GS1</u>. This party is a party in interest in this case pursuant to a mortgage dated July 31, 2006 and recorded in the Office of the BERGEN County Clerk/Register on August 17, 2006 in Mortgage Book 16198, Page 487, and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
                             Counsellors at Law
                             7 Century Drive - Suite 201
                             Parsippany, New Jersey 07054

    DOCUMENTS:

        ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

        ☒ All documents and pleadings of any nature.

                                              **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                              Attorneys for Select Portfolio Servicing,
                                              Inc., as servicer for Legacy Mortgage
                                              Asset Trust 2021-GS1

Dated: <u>May 11, 2023</u>                     By:   <u>/S/ JILL A. MANZO</u>
                                                       JILL A. MANZO, ESQ.

Case No.:  18-35098 JKS